UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DG SMOKY, LLC and <br> WINGSPAN RENTAL, LLC <br><br> Plaintiffs, <br><br> v. <br><br> AUNT BUG'S CABIN RENTALS, LLC, <br> BRIAN SPIEZIO, SHAWN SPIEZIO, and <br> MIGHTY PEAKS REALTY, LLC <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No.: 3:24-CV-364-TAV-JEM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on October 4, 2024 [Doc. 25]. In the R&R, Judge McCook recommends that the Court deny plaintiffs' motion for declaratory judgment and preliminary injunction and/ or temporary restraining order [Doc. 12]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R [Doc. 25] pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiffs' motion for declaratory judgment and preliminary injunction and/ or temporary restraining order [Doc. 12] is hereby **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE